## Silas Ireland v. Erastus H. Spalding and others.

A motion noticed for a certain day in term and not then called up, can not be taken up on any subsequent day in term, except by consent, unless it has been ordered to stand over to such subsequent day.

*Heard and decided July 14th.*

*J. Hollister,* for the appellants, had been served with notice of a motion to be made on the first day of the

term to dismiss the case. The motion was not called up on that day, and he was ready to oppose the motion now, and asked costs of the motion if the appellee did not call it up.

*F. Muzzy,* for the appellee, declined to make the motion.

THE COURT held, that where a motion is noticed for a certain day in term, and is not called up on that day, nor postponed by order of the Court to a subsequent day, it can not afterwards to be taken up without consent of parties. If the party appears to oppose the motion on the day for which it is noticed, he is entitled to his costs, but not afterwards.